**Order entered January 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00028-CV

**CYNTHIA PAROSKI, Appellant**

**V.**

**STAVICK2 INC. D/B/A TROPIX, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00206-2011**

## ORDER

Before the Court is appellant's January 7, 2013 motion to extend time to file notice of appeal. Appellant's motion to extend time to file notice of appeal is **GRANTED**, and the notice of appeal is considered timely filed.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE